UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WRIGHT, | No. 2:15-cv-0006 AC P |
| Petitioner, | |
| v. | ORDER |
| CARL WOFFORD, | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed an application to proceed in forma pauperis. ECF No. 2. However, petitioner has not included a certified copy of his prison trust account statement for the past six months and the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, was completed more than six months prior to the submission of the application. See 28 U.S.C. § 1915(a). Petitioner will be provided the opportunity to submit an updated in forma pauperis application and a certified copy in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an updated affidavit in support of his request to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the

1

complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: May 7, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE