UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WRIGHT, | No. 2:15-cv-0006 AC P |
| Petitioner, | |
| v. | ORDER |
| CARL WOFFORD, | |
| Respondent. | |

Petitioner, a former state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed without prejudice. ECF No. 23.

Accordingly, IT IS HEREBY ORDERED that respondent shall notify this court, within fourteen days, whether he has any objection to the dismissal of this action. Should respondent fail to respond, petitioner's request will be granted pursuant to Federal Rule of Civil Procedure 41(a).  See Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: February 22, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE