UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WRIGHT,<br><br>        Petitioner,<br><br>    v.<br><br>CARL WOFFORD,<br><br>        Respondent. | No.  2:15-cv-0006 GEB AC P<br><br><br>ORDER |

    Petitioner, a former state prisoner proceeding pro se, has requested that this action be dismissed.  ECF No. 23.  By order filed February 23, 2016, respondent was granted fourteen days in which to file any objection.  ECF No. 24.  That time has now passed and respondent has not objected to this dismissal.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: March 14, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE